FILED
CLERK, U.S. DISTRICT COURT
APR 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'NEAL PAUL PHILLIPS,<br><br>    Petitioner,<br><br>  v.<br><br>DEBRA DEXTER,<br><br>    Respondent. | No. CV 08-1940 JSL (CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 9, filed June 12, 2008) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

1

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: _April 15, 2009_

_/s/ Spencer Letts_
J. SPENCER LETTS
United States District Judge