UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'NEAL PAUL PHILLIPS, | No. CV 08-1940 JSL (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DEBRA DEXTER, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: April 15, 2009

J. SPENCER LETTS
United States District Judge